## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

**JORGE ASTUDILLO,**
    **Petitioner,**

    **v.**                                                      **C.A. No. 25-551 JJM**

**PATRICIA HYDE, et al.,**
    **Respondents.**

## JUDGMENT

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to this Court's Memorandum and Order entered on October 30, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered granting Petitioner Jorge Astudillo's Petition for Writ of Habeas Corpus.

    It is so ordered.

October 30, 2025                                      By the Court:

                                                               /s/ Ryan H. Jackson
                                                               Deputy Clerk